UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEAL PATRICK O'FLAHERTY and
DYLAN KEITH O'FLAHERTY,

      Plaintiffs,

v.                                                 No. 1:22-cv-00981-KRS

STATE OF NEW MEXICO EX REL. BOARD OF
REGENTS OF THE UNIVERSITY OF NEW MEXICO,
NEW MEXICO HIGHER EDUCATION DEPARTMENT,
PETER KOVNAT, and
STEPHANIE RODRIGUEZ,

      Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Plaintiffs, who are proceeding *pro se*, filed a Complaint on December 28, 2022. *See* Doc. 1. The Court notified Plaintiffs that the Complaint failed to state a due process claim, failed to state claims against Defendants Kovnat and Rodriguez, and failed to state claims of discrimination based on sex, sexual orientation, ethnicity, and disability status. *See* Doc. 5 at 4-5, filed January 6, 2023. The Court ordered Plaintiffs to file an amended complaint by January 27, 2023. Plaintiffs now seek an extension of time, to February 3, 2023, to file the amended complaint on the grounds that they have been medically diagnosed with Post-Traumatic Stress Disorder and need additional time to file the amended complaint.

**IT IS ORDERED** that Plaintiffs' Motion for Extension of Time, Doc. 7, filed January 31, 2023, is **GRANTED.**

                                                                                _____
                                                                    **UNITED STATES MAGISTRATE JUDGE**